THE PEOPLE ex rel. GEORGE R. VAN ALSTYNE, Appellant, *v.* BURTON H. DAVY, as Sheriff, etc., Respondent.

(Argued January 29, 1894; decided February 27, 1894.)

APPEAL from order of the General Term of the Supreme Court in the fifth judicial department, made January 18, 1893, which affirmed an order dismissing a writ of habeas corpus

---

* 68 Hun, 78.

and remanding the relator to the custody of the sheriff of Monroe county.

*H. B. Hallock* for appellant.

*Howard H. Widener* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.